**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLETTE OCAMPO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MGID INC.,<br><br>　　　　　　　Defendant. | Case No. 2:24-cv-09535-FLA (RAOx)<br><br>**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**<br>**[DKT. 10]** |

　　On February 25, 2025, the court Ordered Plaintiff to Show Cause in writing by March 11, 2025 ("OSC"), why the action should not be dismissed for lack of prosecution. Dkt. 10. Plaintiff did not file a response. Accordingly, the court DISMISSES this action without prejudice. The OSC is DISCHARGED.

　　IT IS SO ORDERED.

Dated: April 15, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　United States District Judge

1